IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL C. PREISTER, | |
| Plaintiff, | |
| v. | Civil Action No. 23-00575-CFC |
| TESLA BIOHEALING, INC., | |
| Defendant. | |

## ORDER

At Wilmington on this Nineteenth day of March in 2024:

For the reasons set forth in the Memorandum Opinion issued this day, it is **HEREBY ORDERED** that Defendant's Partial Motion to Dismiss (D.I. 7) is **GRANTED IN PART AND DENIED IN PART**. It is **FURTHER ORDERED** that Counts II, IV, V, and VI are **DISMISSED**.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE