### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSEL C. PREISTER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 1:23-cv-00575-CFC |
| ) | |
| v. ) | |
| ) | |
| TESLA BIOHEALING, INC., ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF PERIANN DOKO

I, Periann Doko, declare as follows:

1. I am an attorney at the law firm of Berger McDermott LLP, and counsel for Defendant Tesla Biohealing, Inc. in this action.

2. I respectfully submit this declaration regarding Defendant Tesla Biohealing, Inc.'s Statement of Facts in Support of Summary Judgment ("Statement of Facts").

3. Attached as Exhibits 1 through 24 are true and correct copies of documents exchanged during the course of discovery or deposition transcripts, except where portions are highlighted to assist the Court as permitted by Section 11(d) of the August 21, 2023 Scheduling Order entered in this matter (D.I. 15).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 12, 2024      */s/ Periann Doko*
                               Periann Doko, Esq. (DE Bar No. 5476)