# EXHIBIT 11

## Russell Preister

## Center Director, Tesla Biohealing, Inc.

December 17, 2021

Helen Glu, President
Helen.gu@teslabiohealing.com
Rebecca Zimmerman, Human Resources
rebeccazimmerman@teslabiohealing.com
Kristine Galli,
kristine.galli@teslabiohealing.com
Tesla BioHealing Center
111 McCoy Street
Milford, DE 19963

Dear Ms. Gu, Ms. Galli, and Ms. Zimmerman

Pursuant to my obligations as a licensed massage therapist, my duties as Center Director of Tesla Biohealing, Inc., and the protections afforded to me pursuant to Title VII of the Civil Rights Act of 1964 and the Delaware Discrimination Act along with the Delaware Whistleblower's act, I am reporting allegations of sexual harassment by Dr. James Liu.

The credible allegations of sexual harassment were reported to me by Linda Prust, Marie Whitfield, and another former patient who requests to be anonymous. Dr. Liu's actions have created a hostile work environment based on sex and have been personally witnessed by me and other employees.

On November 11, 2021, former client, Linda Prust made the following statement to me , "Jim tried to kiss me in his office, and when he didn't get anywhere with me, he went after Jan," (Jan Westley) She said, "He's looking for a wife and, I think he may have found one in Jan." The following day, Linda Prust's order was cancelled, her $55,000 was refunded and I got an email from Jim telling everyone that Linda's order was cancelled, her money fully refunded, and we were not to have any contact with her because she has threatened a lawsuit. Because of the company cancelling this completed and closed sale of $55,000 I lost $1375.00 in commission pay due me.

Ms. Prust's incident was similar to allegations concerning Marie Whitfield back in April. On December 5th, Marie Whitfield told me over the phone that while she was staying at the center, Dr. Liu asked her personal questions about her love life, to which she replied that she had been single since January, 2020. She told me that Dr. Liu then asked her when the last time was that she had sex. She told me she stated that she told Dr. Liu she was single because she has a compromised immune system. She said that Dr. Liu frowned and said that it was strange that she hadn't had sex since then. She also told me that on the day she left the center that Dr. Liu had reached out and touched her hair and brushed her breast with his hand. The day after this conversation, on 12/6/2021, Ms. Whitfield forwarded an email to me, that she had sent to Helen Gu on April 22, 2021. This email to Helen Gu was Ms. Whitfield's detailed allegations of sexual harassment against Dr. Liu. *See attached email from Ms. Whitfield dated 4/22/21.*

    A woman that requests to be anonymous had scheduled for one overnight in the med beds. The following morning I asked her how her night was. She said it was good but that Dr. Liu had come to her room and knocked on her door something like 5 times. I don't know how many times he entered her room, but at least once because she reported that "he rubbed her feet". I asked her how it made her feel, and she said "creepy", that Dr. Liu was "creepy".

    Chloe Virden of Morningside Medical Equipment came to the office on November 16, 2021 to do orientation and a demonstration of her company's product. Dr. Liu took several of staff members out to lunch after the demonstration given by Chloe Virden. We went to the Palace restaurant, and we all sat at one table. Present were James Liu, Seth Robinson, Lori Smith, myself and Chloe Virden. Dr. Liu, was sitting next to Chloe, and asked her how old she was, and she said she was 22. Then James asked her, "Do you have a boyfriend?" To which she answered yes. All present heard this interaction between James and Ms. Virden.

    On November 17, 2021 Emily Parson was speaking with Dr. Liu and Rebecca Zimmerman in the doorway of Rebecca's office when I overheard Dr. Liu saying to Emily, "Do you have a boyfriend?" Rebecca replied something to Dr. Liu and Dr. Liu said something to the effect of, "Well, she's old enough".

    The discrimination has caused me intense stress and anxiety which has resulted in me taking medical leave. I ask you to take action to ensure that no more discrimination occurs, and the hostile work environment ends. I also ask that you compensate me for the emotional distress that I have suffered. Thank you and I look forward to your help.

Please address all further correspondence to me at the following email: AvatarsOwnOne@gmail.com

Sincerely,

*Russell Preister* 12/17/21

Russell Preister

Center Director, Tesla Biohealing, Inc.

TESLA-BIO_0211