IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL PREISTER,<br><br>Plaintiff,<br><br>v.<br><br>TESLA BIOHEALING, INC.,<br><br>Defendant. | Civil Action No. 23-575-CFC |

## MEMORANDUM ORDER

Pending before me is Defendant Tesla Biohealing, Inc.'s Motion for Summary Judgment. D.I. 41. In its concise statement of material undisputed facts filed in support of its motion, Tesla Biohealing describes Marie Whitfield as a "former TBH customer." D.I. 43 ¶ 25. Plaintiff denies this description and states that Whitfield "was a potential employee." D.I. 48 ¶ 25. Plaintiff cites record evidence (i.e., email correspondence) that appears on its face to support his statement that Whitfield was not merely a former customer. *See* D.I. 48 ¶ 25; Pla. Ex. C, Tesla-BIO_0081–82.

Because there is a disputed fact that Tesla Biohealing has said is material to its motion, I will deny the motion. *See Anderson v. Liberty Lobby, Inc.*, 477 U.S.

242, 248 (1986) (holding that summary judgment will not lie if there is a genuine dispute about a material fact).

WHEREFORE, at Wilmington on this Ninth day of September in 2024, Tesla Biohealing Inc.'s Motion for Summary Judgment (D.I. 41) is **DENIED**.

_____
CHIEF JUDGE