# EXHIBIT A

## Plaintiff Exhibit List

|   | Exhibit Description | Produced | Defendant's Objections |
|---|---|---|---|
| 1 | 12/19/21 Letter from Preister to Gu, Zimmerman, and Galli | Plaintiff's Responses to Discovery: RP00027 | Hearsay (F.R.E. Rule 802), lack of authentication (F.R.E. Rule 901), and relevance (F.R.E. 402) |
| 2 | 12/30/21 Email and Letter from Tesla Bio to Russell Preister | Defendant's Responses to Discovery: TESLA-BIO_0018 | Hearsay (F.R.E. Rule 802), lack of authentication (F.R.E. Rule 901), and relevance (F.R.E. 402) |
| 3 | 12/31/21 Letter from Helen Yu to Preister | Defendant's Responses to Discovery: TESLA-BIO_0020 | |
| 4 | 4/22/21 Emails between Marie Whitfield, Helen Gu, James Z. Liu | Defendant's Responses to Discovery: TESLA-BIO_0015 | Hearsay (F.R.E. Rule 802), lack of authentication (F.R.E. Rule 901), and relevance (F.R.E. 402) |
| 5 | 5/09/21 Letter to James Liu from Preister | Defendant's Responses to Discovery: TESLA-BIO_0006 | |
| 6 | 11/12/21 Office Notes | Plaintiff's Responses to Discovery: RP00186 | Hearsay (F.R.E. Rule 802), lack of authentication (F.R.E. Rule 901), and relevance (F.R.E. 402) |

| # | Description | Source | Objections |
|---|---|---|---|
| 7 | 11/13/21 Dr. James Liu Email to Helen Gu, Preister | Defendant's Responses to Discovery: TESLA-BIO_00151 | |
| 8 | 12/07/21 Email from Liu to Linda Prust *(Termination Notice)* | Plaintiff's Responses to Discovery: RP00018 | Relevance (F.R.E. 402) |
| 9 | 12/08/21 Email from Linda Prust to Timothy Maloney (w/ statement Sexual Advancement, Harassment) | Plaintiff's Responses to Discovery: RP00020 | Hearsay (F.R.E. Rule 802), lack of authentication (F.R.E. Rule 901), and relevance (F.R.E. 402) |
| 10 | 12/19/21 Email from Preister to Gu, Zimmerman, and Galli w/ attachments | Plaintiff's Responses to Discovery: RP00027 | (only as to attachments): Hearsay (F.R.E. Rule 802), lack of authentication (F.R.E. Rule 901), and relevance (F.R.E. 402) |
| 11 | 12/29/21 Email from Preister to Rebecca Zimmerman: *Doctor's note for Medical Family Leave and response to your email dated 12/21/21* | Defendant's Responses to Discovery: TESLA-BIO_00248 | Lack of authentication (F.R.E. Rule 901) |
| 12 | 10/28/21, 11/03/21 Emails from Russell Preister to Helen Gu, *Performance Review, Commissions* | Defendant's Responses to Discovery: TESLA-BIO_00149 | |

| | | | |
|---|---|---|---|
| 13 | 6/19/20 Email from Leitzi Marcial-Nievs to James Liu: *Workplace Sexual Harassment* | Exhibit H: Plaintiff's Motion for Summary Judgement Answering Brief (D.I. 47) | Hearsay (F.R.E. Rule 802), lack of authentication (F.R.E. Rule 901), and relevance (F.R.E. 402) |
| 14 | 6/24/20 Email from Dr. James Liu to Leitzia Marcial-Nieves | Exhibit H: Plaintiff's Motion for Summary Judgement Answering Brief (D.I. 47) | Hearsay (F.R.E. Rule 802), and relevance (F.R.E. 402) |
| 15 | 6/18/20 Email from Letizia Nelson to Dr. James Liu | Exhibit H: Plaintiff's Motion for Summary Judgement Answering Brief (D.I. 47) | Hearsay (F.R.E. Rule 802), lack of authentication (F.R.E. Rule 901), and relevance (F.R.E. 402) |
| 16 | 12/28/21 Email between Dr. James Liu and Chloe Virden | Defendant's Responses to Discovery: TESLA-BIO_00242 | |
| 17 | 12/28/21 Email between Rebecca Zimmerman and Russ Priester: *Employment Information and Family Medical Leave Act Information* | Defendant's Responses to Discovery: TESLA-BIO_00391 | |
| 18 | 11/03/21 Email from Russ Preister to Jim Liu w/ Attachments | Defendant's Responses to Discovery: TESLA-BIO_00342 | |
| 19 | 11/04/21 Email from Jim Liu to Russ Preister: Re: *Commission Calculation* | Defendant's Responses to Discovery: TESLA-BIO_00343 | |

| | | | |
|---|---|---|---|
| 20 | 11/29/21 Email from James Liu to Russ Preister, Seth Robinson: *The remaining holidays and vacations* | Defendant's Responses to Discovery: TESLA-BIO_00374 | |
| 21 | 12/06/21 Emails between Russ Preister and Rebecca Zimmerman, FW: *Still sick today* | Defendant's Responses to Discovery: TESLA-BIO_00375 | |
| 22 | 12/06/21 Emails between Seth Robinson and James Liu: Re: *Vacation* | Defendant's Responses to Discovery: TESLA-BIO_00376 | |
| 23 | 12/28/21 Email from Rebecca Zimmerman to Russ Preister w/ letter attachment | Defendant's Responses to Discovery: TESLA-BIO_00392 | |
| 24 | The Facts and Evidence for Terminating an Employee | Defendant's Responses to Discovery: TESLA-BIO_00409 | |
| 25 | Interview Notes with Rebecca Zimmerman | Defendant's Responses to Discovery: TESLA-BIO_00429 | Hearsay (F.R.E. Rule 802) |

| 26 | Whistleblower email between James Liu and Rebecca Zimmerman | Defendant's Responses to Discovery: TESLA-BIO_00448 | |
|----|------------------------------------------------------------|-----------------------------------------------------|--|
| 27 | Emails between James Liu and Cynthia Hicks-Calvert w/ attachment | Defendant's Responses to Discovery: TESLA-BIO_00451 | Hearsay (F.R.E. Rule 802) |