# EXHIBIT B

*Preister v. Tesla Biohealing, Inc.*, CA No. 1:23-cv-00575-CFC (D. Del.)

**Defendant Tesla Biohealing, Inc.'s Initial Proposed Trial Exhibit List**

| Exhibit No. | Date | Document Title | Depo. Ex. No. | Bates No. | Plaintiff's Objection |
|---|---|---|---|---|---|
| 1 | | R. Preister Resume | | Tesla-Bio 0462 | |
| 2 | 12/20/2020 | Offer Letter. | | Tesla-Bio 0304 | |
| 3 | 04/17/2021 | Email from J. Liu to M. Whitfield, Subject: RE: Dr. Liu: Growth Consultant Agreement attached | | Tesla-Bio 0037 | |
| 4 | 05/09/2021 | J. Liu's Responses to R. Preister's letter. | Preister 10 | RP00081 Tesla-Bio 0006 | |
| 5 | 05/2021 | Employee Performance Evaluation (HR Evaluation Form May 2021) for Russel Preister | Preister 14 | RP00075 | |
| 6 | 09/19/2021 | Email from J. Liu to R. Preister, CCing H. Gu, Subject: Improve your performance. | Preister 15 | RP00076 | |
| 7 | 10/28/2021 | Email from H. Gu to R. Preister, CCing J. Liu, K. Galli, and R. Zimmerman, Subject: Performance Review – Russ Preister, attaching document titled Russ Self Order Tracker (1).xlsx | Preister 16 | RP00077 | |

1

| 8 | 11/04/2021 | Email from J. Liu to R. Preister, CCing H. Gu and R. Zimmerman, Subject: RE: Commission calculation – confidential. | Preister 13 | Tesla-Bio 0343 | |
|---|---|---|---|---|---|
| 9 | 11/13/2021 | Email from J. Liu to H. Gu, R. Preister, and K. Galli, CCing R. Zimmerman and P. Blankenship, Subject: RE: Linda Prust's two Orders 13573 and 13572 were Cancelled and Fully Refunded per Jim's instruction. | | RP00080 | |
| 10 | 12/07/2021 | Email from L. Prust to R. Preister, Subject: Linda Prust's Termination Notice. | | RP00018 | |
| 11 | 12/08/2021 | Email from L. Prust to R. Preister, Subject: Fw: Statement for Milford DE Detective, attaching a document titled: Sexual Advancement.docx | | RP00021–23 | |
| 12 | 12/14/2021 | Email from Tesla Biohealing Customer Service [<info@teslabiohealing.com>] to J. Liu, Subject: FW: Nov 26 appointment at 3:00 pm – no staff on duty -Please call 240-446-2209 Carl and Norma in Milford. | | Tesla-Bio 0178 | Hearsay (F.R.E. Rule 802), lack of authentication (F.R.E. Rule 901), and relevance (F.R.E. 402) |

| | | | | | |
|---|---|---|---|---|---|
| 13 | 12/19/2021 | Email from R. Preister to H. Gu, K. Galli, and R. Zimmerman, Subject: Preister Letter, attaching documents titled: Marvie Whitfield emails to James Liu & Helen Gu.pdf, and Preister letter to Helen Kristine and Rebecca 12 17 21.pdf | | Tesla-Bio 0204–211 | |
| 14 | 12/19/2021 | Email from R. Priester to L. Prust, R. Fotiadis, J. Donaldson, L. Nelson, M. Whitfield Conroy, Subject: Fwd: Letter to Helen, Kristine, Rebecca [attachment Marie Whitfield emails to James Liu & Helen Gu.pdf not included]. | Preister 3 | | Request to Redact third paragraph referencing discussion with attorney Ron Poliquin. Relevance (F.R.E. 402), Prejudice (F.R.E.403) |
| 15 | 12/19/2021 | Return to Work / School form prepared by Beebe Healthcare Medical Group | Preister 12 | Tesla-Bio 0397 | |
| 16 | | Emily Parsons' answers to Questionnaire, signed by E. Parsons and R. Zimmerman. | | Tesla-Bio 0026 | Hearsay (F.R.E. Rule 802), lack of authentication (F.R.E. Rule 901), Doctrine of Completeness (F.R.E. 106) |
| 17 | 12/22/2021 | Email from L. Prust to R. Preister, Subject: Requirement to complete Questionnaire. | | RP00042 | Hearsay (F.R.E. Rule 802), lack of authentication (F.R.E. Rule 901) |
| 18 | 12/28/2021 | Email from C. Virden to J. Liu and M. Berens, Subject: Re: Please help. | | Tesla-Bio 0036 | |

3

| | | | | | |
|---|---|---|---|---|---|
| 19 | 12/28/2021 | Letter from R. Zimmerman on behalf of Tesla Biohealing to R. Preister. | | Tesla-Bio 0064 | |
| 20 | 12/29/2021 | Email from R. Priester to R. Zimmerman, CCing H. Gu and K. Galli, Subject: Doctor's note for Medical Family Leave and response to your email dated 12/28/21. | Preister 11 | RP00061 | |
| 21 | 12/29/2021 | Email from R. Preister to R. Zimmerman, CCing H. Gu and K. Galli, Subject: Doctor's note for Medical Family Leave and response to your email dated 12/28/21, attaching document titled: Dr. Clarke Family Medical Leave.jpg | | Tesla-Bio 0395–396 | |
| 22 | 12/30/2021 | Document titled Likely Criminal Records Russell C Preister attached to an email from J. Liu to Officer Maloney [<timothy.maloney@cj.state.de.us>], CCing H. Gu, Subject: Termination Immediately. | | Tesla-Bio 0264–265 | Hearsay (F.R.E. Rule 802), lack of authentication (F.R.E. Rule 901), and relevance (F.R.E. 402), Prejudice (F.R.E.403) |
| 23 | 12/31/2021 | Letter from H. Gu on behalf of Tesla Biohealing to R. Preister, Subject: Employment Termination Letter | | Tesla-Bio 0020 | |

4

| 24 | 05/9/2022 | Document titled Office events notes 11 18 21.pdf attached to an email from R. Preister to L. Nelson, Subject: more attachment | Preister 4 | RP00007–13 | |
|---|---|---|---|---|---|
| 25 | 10/03/2022 | Email from R. Preister to H. Gu, CCing J. Liu, K. Galli, [<Ksenija.Milutinovic@delaware.gov>], P. Blankenship, and R. Zimmerman, Subject: Re: Correction of date of doctor's visit and beginning date of my medical leave. | | Tesla-Bio 0439–445 | Object to Portions regarding Lack of relevance (F.R.E. 402), Prejudice (F.R.E.403) |
| 26 | 12/07/2021 | Text message from R. Preister to L. Prust on December 7, 2021 | | | Hearsay (F.R.E. Rule 802), lack of authentication (F.R.E. Rule 901), Doctrine of Completeness (F.R.E. 106) Relevance (F.R.E. 402), Prejudice (F.R.E.403) |
| 27. | 11/15/2020 | Letter from R. Priester to J. Liu and H. Gu | | Tesla-Bio_0302 | Document was added on 10/29/24- past the Pretrial Order deadline. D.I. 60 was issued to correct deficiencies in Pretrial Order not as an opportunity for the parties to add additional exhibits. |

5