# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL PREISTER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 1:23-cv-00575-CFC |
| ) | |
| v. ) | |
| ) | |
| TESLA BIOHEALING, INC., ) | |
| ) | |
| Defendant. ) | |

## Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion *in Limine* No. 1

1. Defendant argues Plaintiff's *nolo contendere* plea for solicitation of prostitution is relevant to and probative of Count I of Defendant's Counterclaims for fraud in the inducement of the employment agreement.

2. Plaintiff's position was Director of Customer Services.

3. First, Defendant admits that Plaintiff was never asked about his criminal history during interview process.[1]

4. Helen Gu testified that at the end of every interview (job), including Preister's, they asked a "general" question about the candidate's background. The question asked was: "Is there any background that we need to be aware about?"[2]

---

[1] Deposition - Helen Gu June 6th, 2024, Page 67, Lines 3-9

[2] Deposition - Helen Gu June 6th, 2024, Page 67, Lines 12-14

1

5. Prior to employment, Plaintiff provided his date of birth and social security number to the company.[3]

6. The alleged charges referenced are from July 12, 1989, 31 years prior to his position with Tesla Bio.

7. There is no evidence that Plaintiff concealed any prior arrest when he was hired which is the basis of Defendant's fraudulent inducement counterclaim and reason for his termination.

8. There is no evidence that Plaintiff's use of an alternative middle name induced Defendant to hire him.

9. Defendant only looked into Plaintiff's purported criminal history after he reported the allegations of sexual harassment against Dr. Liu.

10. Counsel certifies that this reply meets the court's 250 word limit.

                        **THE POLIQUIN FIRM LLC**

                        /s/ Ronald G. Poliquin
                        RONALD G. POLIQUIN, ESQUIRE
                        Delaware Bar ID No. 4447
                        1475 S. Governors Ave.
                        Dover, DE  19904
                        (302) 702-5501

                        *Attorney for* Plaintiff Russell Preister

                        Date: October 18, 2024

---

[3] Deposition - Helen Gu June 6th, 2024, Page 66, Lines 23-25

[3] Deposition - Helen Gu June 6th, 2024, Page 65, Lines 11-19