# EXHIBIT K

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL C. PREISTER, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 1:23-cv-00575-CFC |
| | ) |
| v. | ) |
| | ) |
| TESLA BIOHEALING, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE DOCUMENTS AND OTHER EXHIBITS NOT TIMELY DISCLOSED**

Plaintiff Russell Preister ("Plaintiff" or "Preister") opposes Defendant's Motion *in Limine* to exclude documents and other exhibits not timely disclosed

1. All of Plaintiff's trial exhibits were either produced by Plaintiff during discovery or Defendant.

2. Here are Plaintiff's exhibit along with reference to how they were produced.

### Plaintiff Trial Exhibit List

| | Exhibit Description | Produced |
|---|---|---|
| 1 | 12/19/21 Letter from Preister to Gu, Zimmerman, and Galli | Plaintiff's Responses to Discovery: RP00027 |
| 2 | 12/30/21 Email and Letter from Tesla Bio to | Defendant's Responses to |

1

|    | Russell Preister | Discovery: TESLA-BIO_0018 |
|----|---|---|
| 3  | 12/31/21 Letter from Helen Yu to Preister | Defendant's Responses to Discovery: TESLA-BIO_0020 |
| 4  | 4/22/21 Emails between Marie Whitfield, Helen Gu, James Z. Liu | Defendant's Responses to Discovery: TESLA-BIO_0015 |
| 5  | 5/09/21 Letter to James Liu from Preister | Defendant's Responses to Discovery: TESLA-BIO_0006 |
| 6  | 11/12/21 Office Notes | Plaintiff's Responses to Discovery: RP00186 |
| 7  | 11/13/21 Dr. James Liu Email to Helen Gu, Preister | Defendant's Responses to Discovery: TESLA-BIO_00151 |
| 8  | 12/07/21 Email from Liu to Linda Prust *(Termination Notice)* | Plaintiff's Responses to Discovery: RP00018 |
| 9  | 12/08/21 Email from Linda Prust to Timothy Maloney (w/ statement Sexual Advancement, Harassment) | Plaintiff's Responses to Discovery: RP00020 |
| 10 | 12/19/21 Email from Preister to Gu, Zimmerman, and Galli w/ attachments | Plaintiff's Responses to Discovery: RP00027 |
| 11 | 12/29/21 Email from Preister to Rebecca Zimmerman: *Doctor's note for Medical Family Leave and response to your email dated 12/21/21* | Defendant's Responses to Discovery: TESLA-BIO_00248 |

2

| 12 | 10/28/21, 11/03/21 Emails from Russell Preister to Helen Gu, *Performance Review, Commissions* | Defendant's Responses to Discovery: TESLA-BIO_00149 |
|---|---|---|
| 13 | 6/19/20 Email from Leitzi Marcial-Nievs to James Liu: *Workplace Sexual Harassment* | Exhibit H: Plaintiff's Motion for Summary Judgement Answering Brief (D.I. 47) |
| 14 | 6/24/20 Email from Dr. James Liu to Leitzia Marcial-Nieves | Exhibit H: Plaintiff's Motion for Summary Judgement Answering Brief (D.I. 47) |
| 15 | 6/18/20 Email from Letizia Nelson to Dr. James Liu | Exhibit H: Plaintiff's Motion for Summary Judgement Answering Brief (D.I. 47) |
| 16 | 12/28/21 Email between Dr. James Liu and Chloe Virden | Defendant's Responses to Discovery: TESLA-BIO_00242 |
| 17 | 12/28/21 Email between Rebecca Zimmerman and Russ Priester: *Employment Information and Family Medical Leave Act Information* | Defendant's Responses to Discovery: TESLA-BIO_00391 |
| 18 | 11/03/21 Email from Russ Preister to Jim Liu w/ Attachments | Defendant's Responses to Discovery: TESLA-BIO_00342 |
| 19 | 11/04/21 Email from Jim Liu to Russ Preister: Re: *Commission Calculation* | Defendant's Responses to Discovery: TESLA-BIO_00343 |
| 20 | 11/29/21 Email from James Liu to Russ Preister, Seth Robinson: *The remaining holidays and vacations* | Defendant's Responses to Discovery: TESLA-BIO_00374 |

| 21 | 12/06/21 Emails between Russ Preister and Rebecca Zimmerman, FW: *Still sick today* | Defendant's Responses to Discovery: TESLA-BIO_00375 |
|---|---|---|
| 22 | 12/06/21 Emails between Seth Robinson and James Liu: Re: *Vacation* | Defendant's Responses to Discovery: TESLA-BIO_00376 |
| 23 | 12/28/21 Email from Rebecca Zimmerman to Russ Preister w/ letter attachment | Defendant's Responses to Discovery: TESLA-BIO_00392 |
| 24 | The Facts and Evidence for Terminating an Employee | Defendant's Responses to Discovery: TESLA-BIO_00409 |
| 25 | Interview Notes with Rebecca Zimmerman | Defendant's Responses to Discovery: TESLA-BIO_00429 |
| 26 | Whistleblower email between James Liu and Rebecca Zimmerman | Defendant's Responses to Discovery: TESLA-BIO_00448 |
| 27 | Emails between James Liu and Cynthia Hicks-Calvert w/ attachment | Defendant's Responses to Discovery: TESLA-BIO_00451 |

**WHEREFORE**, Plaintiff, Russell Preister, respectfully requests that this Court enter an order denying the Motion *in Limine* to exclude documents not timely disclosed.

4

**THE POLIQUIN FIRM LLC**

/s/ Ronald G. Poliquin, Esquire
Ronald G. Poliquin, Esquire
Bar ID No.: 4447
1475 South Governors Avenue
Dover, DE 19904

Attorney for Plaintiff Russell Preister

Date:  October 15, 2024

5