# EXHIBIT P

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUSSELL PREISTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 1:23-CV-00575-CFC |
| v. | : | |
| | : | |
| TESLA BIOHEALING INC., | : | |
| | : | |
| Defendant. | : | |

## **JOINT [PROPOSED] VOIR DIRE**

Good morning, ladies and gentlemen. I am Judge Connolly. We are going to select a jury in a civil case called *Russel Preister v. Tesla Biohealing Inc.* This is an employment case. The plaintiff in this case is an individual named Russell C. Preister, who I may refer to as "Plaintiff." The defendant in this case is Tesla Biohealing Inc., which I will sometimes refer to as "Tesla Biohealing" or "Defendant."

For those of you selected to serve as jurors, I will give you more detailed instructions after you are sworn in as jurors and again at the conclusion of the trial. For now, I will simply tell you that Plaintiff claims that he was terminated in retaliation for engaging in conduct protected under Title VII of the Civil Rights Act of 1964. Tesla Biohealing denies any retaliation against Plaintiff. Plaintiff also claims that Tesla Biohealing promised to pay him certain commissions on sales

1

made during his employment at Tesla Biohealing. Tesla Biohealing contends it did pay Plaintiff a commission and denies that Plaintiff was promised a specific commission rate. Tesla Biohealing counterclaims that Plaintiff fraudulently induced it to enter into an employment agreement with Plaintiff. Plaintiff denies Tesla Biohealing's fraud claim.

    I am going to ask you a series of questions to help the Court and the parties to learn more about you and your possible service as a juror. Before I ask any questions, I am going to ask the Deputy Clerk to swear the jury panel to answer any questions truthfully. (To Deputy, Please swear the panel).

    If any of you answered "yes" to any of the questions that I ask, please raise your hand, and, when I recognize you, please state your juror number. At the end of the questions, the lawyers and I may ask some additional questions of each of you individually.

    The presentation of evidence in this case is expected to take about ___ days. I expect arguments and jury deliberations will take place on ____. The schedule that I expect to keep over the days of evidence presentation will include a morning break of fifteen minutes, a lunch break of an hour, and an afternoon breach of fifteen minutes. We will start at 9:30 a.m. and finish no later than 5:00 p.m. each day.

1. Does the schedule that I have just mentioned present a special problem to any of you?

2. Have any of you heard or read anything about this case?

3. I am going to ask the lawyers to introduce themselves and the names of their firms.

    Mr. Poliquin? [*Mr. Poliquin to introduce himself and any other lawyers expected to participate.*]

    Mr. Anthony? [*Mr. Anthony to introduce himself and any other lawyers expected to participate.*]

4. Do any of you or does anyone in your immediate family (such as spouse, child, parent, or sibling), know any of the attorneys or law firms just named?

5. Do you know the Plaintiff, Russell C. Preister?

6. Do you know the Defendant, Tesla Biohealing, Inc.?

7. Have you ever been involved in the hiring, promotion, demotion, termination, or discipline of an employee?

8. Have you or any of your close friends or family members ever been accused of sexual harassment in the workplace?

9. Have you or any of your close friends or family members ever felt that they were wrongfully terminated from employment?

10. Have you or any of your close friends or family members ever felt that they were sexually harassed in the workplace?

11. Have you or any of your close friends or family members ever been a Plaintiff, Defendant, or a witness in a lawsuit or claim involving an alleged wrongful termination?

12. Have you or any of your close friends or family members ever filed a charge of discrimination alleging retaliation in the workplace?

13. Do you possess any prejudices against people of Chinese heritage that might make it difficult for you to be a fair and impartial juror in this case?

14. Do you possess any prejudices against people with Chinese accents that might make it difficult for you to be a fair and impartial juror in this case?

15. Do you possess any prejudices against people who immigrated to the United States that might make it difficult for you to be a fair and impartial juror in this case?

16. Do you possess any prejudices against people whose first language is not English that might make it difficult for you to be a fair and impartial juror in this case?

17. Have you or any of your close friends or family members been accused of harassment in the workplace?

18. Have you or any of your close friends or family members been subject to harassment by a supervisor or co-worker in the workplace?

19. Do you have any strong feelings about harassment in the workplace?

20. Will you be able to keep an open mind about allegations of harassment in the workplace?

21. Have you ever been responsible for the supervision of employees at your workplace?

22. The potential witnesses in this case include the following people:

    [*Placeholder for list of potential witnesses*]

    Are you familiar with any of these potential witnesses?

23. Do you have any reason to favor or disfavor attorneys who represent plaintiffs?

24. Do you have any reason to favor or disfavor attorneys who represent defendants?

25. Do you have any strong feelings about lawsuits in general?

26. Do you have any strong feelings about the justice system? Have you or any of your close friends or family members ever been party to any type of legal action, either civil or criminal?

5

27. Have you served as a juror in a civil lawsuit within the last fifteen (15) years?

28. If you are selected to sit as a juror in this case, are you aware of any reason that might cause you to favor or disfavor one side or the other in this case?

29. Do you have any prior experience with litigation that might make it difficult for you to be a fair and impartial juror in this case?

30. Do you know of any of the other potential jurors here today?

31. Do you have any medical problems that would make it difficult to see or hear evidence in the courtroom or stay alert during full-day sessions in the courtroom?

32. Will you be able to follow the Court's instructions that Tesla Biohealing is to be treated in this trial as if it were a person, not better and not worse because it is a corporation?

33. Have you or any of your family members ever been employed by Tesla Biohealing?

34. Have you ever interacted with Tesla Biohealing?

35. Have you or any of your friends or family members ever participated in treatments involving Medbed rooms, biohealing generators, or life force energy?

36. Is there anything such as poor vision, difficulty hearing, difficulty understanding spoken or written English, that would make it difficult for you to serve on this jury?

37. Is there any reason you will not be able to follow the law as it is given to you by the Court, and fairly apply the law, even though you personally may not agree with it or may think the law should be different?

38. Are you aware of any reason that you could not decide this case in a fair and impartial manner based on the evidence in this case?

39. At the end of this trial, the Court will instruct you that sympathy cannot play a part in your decision making.  Is there any reason you will not be able to put aside any sympathetic feelings for the parties or witnesses and reach ad termination based upon only the facts?