# EXHIBIT S

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL PREISTER, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 1:23-CV-00575-CFC |
| v. : | |
| : | |
| TESLA BIOHEALING INC., : | |
| : | |
| Defendant. : | |

## **SPECIAL FORM OF VERDICT**

**THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS. THE COMPLETED SPECIAL VERDICT FORM MUST BE SIGNED AND DATED BY THE FOREPERSON.**

## **VERDICT FORM**

We the jury, answer the following questions submitted to us as follows:

### PART 1: TITLE VII RETALIATION

1. Has Plaintiff Russel Preister proven by a preponderance of the evidence that Defendant, Tesla Biohealing, through its agents and employees, retaliated against him in violation of his rights under Title VII of the Civil Rights Act?

**Yes** _____    **No** _____

If you answered "Yes" to question 1, continue to question 2. If you answered "No" to question 1, move on to Part 2.

2. Please state the monetary amount that will compensate Mr. Preister for compensatory damages i.e. damages for any pain, suffering, inconvenience, mental anguish, or loss of enjoyment of life that Mr. Preister experienced as a consequence of Tesla Biohealing's retaliation against him?

$_____

Please continue to question 3.

3. Do you award punitive damages against Tesla Biohealing?

   Answer: Yes _____ No _____

   If yes, in what amount?

   Answer: $_____
   (Fill in Dollar Figure)

Please continue to question 4.

4. Do you award backpay damages against Tesla Biohealing?

   Answer: Yes _____No _____

   If yes, in what amount?

   Answer: $_____
   (Fill in Dollar Figure)

Please continue to question 5.

5. Do you award front pay damages against Tesla Biohealing?

   Answer: Yes \_\_\_\_\_No _____

   If yes, in what amount?

   Answer: $_____
   (Fill in Dollar Figure)

Please continue to question 6.

6. If you decide that Mr. Preister is not entitled to any monetary amount, Plaintiff will be awarded nominal damages in the amount of $1.00.

   **After completing question (6), move on to Part 2.**

### PART 2: PROMISSORY ESTOPPEL

1. Did Mr. Preister prove that Tesla Biohealing promised to pay Preister a salary along with a commission at the close of any sales made?

   **Yes**_____     **No** _____

If you answered "Yes" to question 1, continue to question 2. If you answered "No" to both question 1, conclude your deliberations.

2.  Did Mr. Preister rely on the promise to his detriment?

          Yes_____          No _____

If you answered "Yes" to question 2, continue to question 3. If you answered "No" to question 2, conclude your deliberations.

3.  Please state the monetary amount that will compensate Mr. Preister for the damages suffered as a result of Tesla Biohealing's failure to fulfill its promise.

          Answer: $_____
          (Fill in Dollar Figure)

**After completing question (3), move on to Part 3.**

### PART 3: FRAUDULENT INDUCMENT[1]

1.  Did Mr. Preister make a false statement of material fact to Tesla Biohealing?

          Yes_____          No _____

If your answer to question 1 is NO, then your verdict is for the Plaintiff on this defense, and you should not proceed further except to date and sign this verdict form and return it to the courtroom. If your answer to question 1 YES, please answer question 2.

---

[1] P*aramount Fin. Commc'ns, Inc. v. Broadridge Inv'r Commc'ns Sols., Inc.*, 684 F. Supp. 3d 316, 2023 U.S. Dist. LEXIS 128820

2.  Was the representation material to the transaction at hand?

**Yes**_____     **No** _____

If your answer to question 2 is NO, then your verdict is for the Plaintiff, and you should not proceed further except to date and sign this verdict form and return it to the courtroom.  If your answer to question 2 is YES, please answer question 3.

3.  Did Mr. Preister know that the representation was false or make the representation knowing that he did not know whether it was true or false?

**Yes**_____     **No** _____

If your answer to question 3 is NO, then your verdict is for the Plaintiff, and you should not proceed further except to date and sign this verdict form and return it to the courtroom.  If your answer to question 3 is YES, please answer question 4.

4.  Did Mr. Preister intend to mislead Tesla Biohealing into relying on the representation?

**Yes**_____     **No** _____

If your answer to question 4 is NO, then your verdict is for the Plaintiff, and you should not proceed further except to date and sign this verdict form and return it to the courtroom.  If your answer to question 4 is YES, please answer question 5.

5.  Please state the monetary amount that will compensate Mr. Preister for the damages suffered as a result of Tesla Biohealing's failure to fulfill its promise.

Answer: $_____
(Fill in Dollar Figure)

So Say we all, this _____ day of _____, 2024.

_____           _____
Dated                                                  FOREPERSON