# EXHIBIT T

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUSSELL PREISTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 1:23-CV-00575-CFC |
| v. | : | |
| | : | |
| TESLA BIOHEALING INC., | : | |
| | : | |
| Defendant. | : | |

## SPECIAL FORM OF VERDICT

**THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS. THE COMPLETED SPECIAL VERDICT FORM MUST BE SIGNED AND DATED BY THE FOREPERSON.**

1

## **VERDICT FORM**

We the jury, answer the following questions submitted to us as follows:

### **PART 1: TITLE VII RETALIATION**

1.  Has Plaintiff Russel Preister proven by a preponderance of the evidence that Defendant, Tesla Biohealing, through its agents and employees, retaliated against him in violation of his rights under Title VII of the Civil Rights Act?

    Answer: Yes_____ No_____

If you answered "Yes" to question 1, continue to question 2. If you answered "No" to question 1, move on to Part 2.

2.  Please state the monetary amount that will compensate Mr. Preister for compensatory damages that Mr. Preister experienced as a consequence of Tesla Biohealing's retaliation against him? If you decide that Mr. Preister is not entitled to any monetary amount, you should award Plaintiff nominal damages in the amount of $1.00.

    $_____

Please continue to question 3.

3.  Do you award punitive damages against Tesla Biohealing?

    Answer: Yes_____ No_____

If yes, in what amount?

   Answer: $_____
   (Fill in Dollar Figure)

Please continue to question 4.

4. Do you award back pay damages against Tesla Biohealing?

   Answer: Yes_____No_____

If yes, in what amount?

   Answer: $_____
   (Fill in Dollar Figure)

**After completing Part 1, move on to Part 2.**

### PART 2: PROMISSORY ESTOPPEL

1. Did Mr. Preister prove that Tesla Biohealing promised to pay Preister a specific commission rate at the close of any sales made at the time of his employment offer?

   Answer: Yes_____No_____

If you answered "Yes" to question 1, continue to question 2. If you answered "No" to question 1, move on to Part 3.

2. Did Mr. Preister rely on the promise to his detriment?

   Answer: Yes_____No_____

If you answered "Yes" to question 2, continue to question 3. If you answered "No" to question 2, move on to Part 3.

3

3. Please state the monetary amount that will compensate Mr. Preister for the damages suffered as a result of Tesla Biohealing's failure to fulfill its promise.

Answer: $_____
(Fill in Dollar Figure)

**After completing Part 2, move on to Part 3.**

**PART 3: FRAUDLENT INDUCMENT**

1. Did Tesla Biohealing prove that Mr. Preister made a false statement or omission of material fact that he knew was false or made or omitted with reckless indifference to the truth to induce Tesla Biohealing to hire him and Tesla Biohealing's reliance was reasonable?

Answer: Yes_____ No_____

If you answered "Yes" to question 1, continue to question 2. If you answered "No" to question 1, conclude your deliberations.

2. Please state the monetary amount that will compensate Tesla Biohealing for the damages suffered as a result of Mr. Preister's fraudulent inducement.

Answer: $_____
(Fill in Dollar Figure)

4

So Say we all, this _____ day of _____, 2024.

_____
FOREPERSON